IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF JOHN PEZZI,

      Plaintiff,                                  CIV. NO. S-11-2279 KJM CKD PS

      vs.

WELLS FARGO BANK, N.A., et al.,        ORDER

      Defendants.

_____/

      Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to Local Rule 302(c)(21). Defendants' motion to dismiss is presently noticed for hearing on the October 12, 2011 law and motion calendar of the undersigned. Opposition to a motion, or a statement of non-opposition thereto, must be filed fourteen days preceding the noticed hearing date. E.D. Cal. L. R. 230(c). Court records reflect that plaintiff failed to timely file opposition or a statement of non-opposition to the motion.

      Failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L. R. 11-110; see Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995). Additionally, "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed." E.D. Cal. L. R. 230(c). Pro se

litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor.  King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Jacobsen v. Filler, 790 F.2d 1362, 1364-65 (9th Cir. 1986).  The Local Rules specifically provide that cases of persons appearing in propria persona who fail to comply with the Federal and Local Rules are subject to dismissal, judgment by default, and other appropriate sanctions.  E.D. Cal. L. R. 183.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1.  The hearing date of October 12, 2011 is vacated.  Hearing on defendants' motion is continued to November 9, 2011 at 10:00 a.m. in courtroom no. 26.

      2.  Plaintiff is directed to file opposition, if any, to the motion, or a statement of non-opposition thereto, no later than October 19, 2011.  Failure to file opposition and appear at hearing, or to file a statement of non-opposition, will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed.

      3.  Reply, if any, shall be filed no later than October 26, 2011.

Dated: September 30, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
pezzi.nop.con